**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
FRANK PERRELLI,                :
                               :
     Plaintiff,                :
                               :
v.                             :  Civil No.3:02CV01640(AWT)
                               :
YALE HOSPITAL,                 :
                               :
          Defendant.           :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

The court has received the attached notice from Mr. Perrelli.  Based on this notice, the court hereby dismisses this case with prejudice.

It is so ordered.

Dated this 26th day of July, 2004, at Hartford, Connecticut.

/s/
_____
Alvin W. Thompson
United States District Judge